■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYANT RAINES, Appellant. [616 NYS2d 233] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldberg, J.), rendered August 4, 1992, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly refused to deliver a missing witness charge with respect to a latent fingerprint unit officer, since the People demonstrated that the officer had no knowledge concerning the search for fingerprints in the complainant's car (see, People v Gonzalez, 68 NY2d 424; People v Kitching, 78 NY2d 532).

We have considered the defendant's remaining contentions, including those raised in his pro se supplemental brief, and find them to be without merit. Thompson, J. P., Rosenblatt, Miller and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, JESSIE REED, Appellant. [616 NYS2d 233] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered September 23, 1993, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.